OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RTS

8/19/2015
**PENDLETON, ANTHONY CURRY    Tr. Ct. No. 8617-A           WR-83,579-02**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

ANTHONY CURRY PENDLETON
- TDC # 1963503